UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ORIGINAL

Timothy Askew
                    Plaintiff,

-Against-

6 Officers of the N.Y.P.D. and
The City of New York.
                    Defendants

VITALIANO, J.

COMPLAINT #

GOLD, M.J.

Jury Trial Demanded

RECEIVED
SEP - 1 2011
PRO SE OFFICE

I. Parties

Plaintiff <u>Timothy Askew</u>, resides at <u>42 Christopher Ave. Bklyn N.</u>

Defendants <u>Are members of the N.Y.P.D</u>, resides at <u>Unknown t</u>
<u>Plaintiff.</u>

II. The Jurisdiction of the Court is invoked pursuant to <u>28 U.S.</u>
<u>Illegal search.</u>

III. Statement of claim. On 6/22/11 at approximately around 5:36 P.M. I was in a friends car, coming back from picking up his son from school. Upon entering the car, the father who was driving. Asked his son if he was hungry, he said no but asked for something to drink.
On our way back to Christopher Ave. We stoped at One Stop Deli, located on Mother Gaston Blvd. and Dean St. The son got out of the car and went into the store. He came out the store without a bag. Holding a juice and a bag of chips. After entering the car, we continued on to our destination which was 42 Christopher Ave. Which is exactly (7) seven blocks from the store.
Upon arriving in front of 42 Christopher Ave. We were pulled over by (6) six undercover police officers, driving an unmarked

black VAN. Lic# DEP-5149. And Searched. I Asked The Officer why I was being Searched, And was Not given A reason. I than requested the Officer badge Number, which they didnot display, They refused To Show me Any kind of identification. And was threaten with arrest if I didnot Stop complaining.

IV. The Federal Court Jurisdiction, is revolving Around Federal Questions. Illegal Search.

V. The remedy that Plaintiff seeks, is money damages in the Amount of $160.000.000 million dollars, injunctive and declaratory relief.

I declare under Penalty of Perjury that the foregoing is True And correct.

9/1/11
DATE

*Timothy Askew*
Plaintiff

Mailing Address

Timothy Askew
2094 Fulton St.
Brooklyn, N.Y. 11233