UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**ORIGINAL**

Timothy Askew
    Plaintiff,

-Against-

(6) Six Officers of The N.Y.P.D.
And The City of New York
    Defendants,

AMENDED COMPLAINT
11-CV-4275 (ENV)

JURY TRAIL DEMANDED


RECEIVED OCT 03 2011 PRO SE OFFICE

**I. Parties**

Plantiff Timothy Askew, resides At 42 Chistopher Ave. Bklyn. N.Y.

Defendants Are members of The N.Y.P.D., resides At unknown to Plaintiff.

**II.** The Jurisdiction of The Court is invoked Pursuant to (28 U.S.C.) Illegal Search.

**III. Statement of Claim.** On 6/22/11 At Approximately Around 5:36 P.m. I was in A Friends Car, coming back from Picking up his son from School. Upon entering the car, the father who was driving. Asked his son if he was hungry, he said no but Asked for something to drink.

On our way back to Christopher Ave. We stoped At one Stop Deli, Located on Mother Gaston Blvd. And Dean St. The son got out of the car and went into the store. He came out the store without a bag. Holding A Juice And A bag of chips. After entering the car, we continued on to our destination, which was exactly (7) seven blocks from the store.

Upon Arriving in front of 42 Christopher Ave. We Were Pulled over by (6) Six Undercover Police Officers, driving An Unmarked black Van.

Lic# DEP-5149. And Searched. I asked the officer why I was being searched, and was not given a reason. I than requested the officers badge number, which they didnot display. They refused to show me any kind of identification. And was threaten with arrest if I didnot stop complaining. This continuing violation of plaintiff's constitutional rights, is a direct result of the City of NEW YORK policy, practice, and customs.

IV. The Federal Court Jurisdiction, is revolving around federal question. Illegal search.

V. The remedy that plaintiff seeks, is money damages in the amount of $150.000.000. million dollars, injunctive and declaratory relief.

I declare under penalty of perjury that the foregoing is true and correct.

10/3/11
DATE

Timothy Askew
Plaintiff

Mailing Address

Timothy Askew
2094 Fulton St.
Brooklyn, N.Y. 11233